DANIEL J. BRODERICK, #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BULFRANO GAYTAN-MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BULFRANO GAYTAN-MENDOZA,<br><br>　　　　　Defendant. | No. 2:07-MJ-0236-EFB<br><br>STIPULATION AND PROPOSED ORDER CONTINUING PRELIMINARY HEARING<br><br>Date:　8/21/07<br>Time:　2:00 pm<br>Judge: Hon. Edmund F. Brennan |

　　　As previously agreed in open court, the United States of American through Kyle Reardon, Assistant United States Attorney, together with the defendant Bulfrano Gaytan-Medoza through Assistant Federal Defender Matthew Bockmon agree under Fed.R.Crim.P. 5.1(d) to extend the ten-day time limit of Fed.R.Crim.P. 5.1(c) to give defense counsel time to research Mr. Gaytan's criminal history and any claim to U.S. citizenship before the Grand Jury returns an indictment in this case.

/////

/////

1

```
Dated:   August 2, 2007
                                           Respectfully submitted,

                                           DANIEL J. BRODERICK
                                           Federal Defender


                                           /s/ MATTHEW C. BOCKMON
                                           MATTHEW C. BOCKMON
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           BULFRANO GAYTAN-MENDOZA

Dated: August 2, 2007

                                           /s/ KYLE REARDON
                                           KYLE REARDON
                                           Assistant United States Attorney
                                           Per telephonic authorization
```

SO ORDERED CONTINUING PRELIMINARY HEARING WITH DEFENDANT'S CONSENT AND SHOWING OF GOOD CAUSE UNTIL AUGUST 21, 2007.

DATED: August 2, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/gaytan-mendoza0236.stipord

-2-